**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2072**

_____

MICHAEL SHAWN EVANS,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

WARDEN PURDUE; CAPTAIN YOUNG, Security; SERBERT L.
CUNNINGHAM, C/O; LIEUTENANT R. YARBER; BUREAU OF PRISONS, as
individuals and in their official capacity,

Defendants.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Gina M. Groh, Chief
District Judge.  (3:15-cv-00064-GMG-RWT)

_____

Submitted:  December 15, 2016        Decided:  December 19, 2016

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Shawn Evans, Appellant Pro Se.  Erin Carter Tison,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Shawn Evans appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his Federal Tort Claims Act complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Evans v. United States, No. 3:15-cv-00064-GMG-RWT (N.D.W. Va. Sept. 2, 2016). We deny Evans' motions to compel and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED